IN RE DIANIS M.*
(AC 20593)

Lavery, C. J., and Schaller and Flynn, Js.

Argued October 29—officially released November 27, 2001

Per Curiam. The judgments are affirmed.

STATE OF CONNECTICUT *v.* CHARISSA WILLETTE
(AC 20532)

Lavery, C. J., and Mihalakos and Shea, Js.

Argued October 15—officially released November 27, 2001

Per Curiam. The judgment is affirmed.

DAMIAN I. IRIZARRY, JR. *v.* COMMISSIONER OF
CORRECTION
(AC 20422)

Schaller, Mihalakos and Daly, Js.

Argued October 16—officially released November 27, 2001

Per Curiam. The judgment is affirmed.

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.